**FILED**

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0097

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0097

_____

JOHN O. MILLER,

     Plaintiff and Appellant,

  v.

STATE OF MONTANA, MONTANA
BOARD OF PARDONS AND PAROLE,

     Defendant and Appellee.

O R D E R

_____

    Pursuant to Appellant's motion for extension if time to file his reply opening brief, and good cause appearing,

    IT IS ORDERED that the motion for extension of time is GRANTED. Appellant is directed to file and serve his reply brief on or before August 7, 2020.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2020